No. 79–6188. Moore v. Zant, Warden. Super. Ct. Ga., Butts County. Certiorari denied.

Mr. Justice Brennan and Mr. Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 78–904. Deposit Guaranty National Bank of Jackson, Mississippi v. Roper et al., 445 U. S. 326;

No. 78–1472. Costle, Administrator, Environmental Protection Agency v. Pacific Legal Foundation et al., 445 U. S. 198;

No. 78–1588. Vance et al. v. Universal Amusement Co., Inc., et al., 445 U. S. 308;

No. 79–812. Osmose Wood Preserving Co. of America, Inc., et al. v. City of Los Angeles, 445 U. S. 950;

No. 79–1031. Southwest Texas Methodist Hospital v. Equal Employment Opportunity Commission, 445 U. S. 928;

No. 79–1143. Ringling Bros.-Barnum & Bailey Combined Shows, Inc. v. Mikos, Property Appraiser of Sarasota County, Florida, et al., 445 U. S. 939;

No. 79–1298. Unknown Named Children Unborn and Born Alive v. Greene, U. S. District Judge, 445 U. S. 941;

No. 79–5662. Feaster v. Maryland, 445 U. S. 917;

No. 79–5820. Klobuchir v. Pennsylvania, 445 U. S. 952;

No. 79–6028. Lockett v. South Central Bell Telephone Co., 445 U. S. 944; and

No. 79–6036. Froembgen v. United States, 445 U. S. 933. Petitions for rehearing denied.